

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2014

No. 04-14-00357-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Appellee has filed a motion to strike appellant's brief and to dismiss the appeal for want of prosecution. In the motion, appellee also seeks sanctions, contending appellant's appeal is frivolous. We have reviewed the motion and determined that it should be carried with the appeal. Accordingly, we **ORDER** appellee's motion to strike and dismiss the appeal, as well as the request for sanctions, carried with the appeal.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court